[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 26, 2010
JOHN LEY
CLERK

_____

No. 09-11337
Non-Argument Calendar

_____

D. C. Docket No. 08-20598-CR-DLG

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LAZARO MARTINEZ-PADRON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(February 26, 1010)

Before DUBINA, Chief Judge, BIRCH and ANDERSON, Circuit Judges.

PER CURIAM:

Manuel Vazquez, appointed counsel for Lazaro Martinez-Padron in this

direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Martinez's convictions and sentences are **AFFIRMED**.

However, we notice a clerical error in Martinez-Padron's written judgment. The district court orally sentenced Martinez-Padron to 63 months' imprisonment, but the written judgment states that he received a sentence of 60 months. Since the oral pronouncement controls, *see United States v. Khoury*, 901 F.2d 975, 977 (11th Cir. 1990), we **VACATE** the written judgment and **REMAND** for the district court to enter a new judgment stating that Martinez-Padron received a sentence of 63 months' imprisonment. *See* Fed.R.Crim.P. 36.